UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| FODE LAYE KOUROUMA #A096-151-270 | CASE NO. 6:18-CV-01150 SEC P |
| VERSUS | JUDGE SUMMERHAYS |
| WARDEN | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** the Petitioner for Writ of Habeas Corpus be **DISMISSED**.

THUS DONE in Chambers on this 2nd day of July, 2019.

Robert R. Summerhays
United States District Judge